STATE OF NORTH CAROLINA v. RENARD WAYNE TUGGLE

No. 7418SC438

(Filed 7 August 1974)

ON *certiorari* to review the order of *Copeland, Judge,* entered at the 9 April 1973 Session of GUILFORD County Superior Court.

The defendant was charged in a bill of indictment with the felony of armed robbery. A plea of not guilty was entered. From a judgment of guilty as charged and the imposition of a sentence of not less than fifteen nor more than twenty years pronounced thereon, the defendant gave notice of appeal.

The State's evidence tended to show that on 20 November 1972, at about 7:00 p.m., the defendant went into the Flash Market in Guilford County with a twelve gauge shotgun. He pointed the gun at the attendant on duty and demanded that she give him the money. She opened the cash register, took the money and handed it to the defendant. The defendant ordered her to go to the back of the store. When she turned around several minutes later, the defendant was gone.

The defendant presented evidence on his behalf. He denied being in the store on the date in question and denied having a shotgun in his possession.

*Attorney General Robert Morgan, by Assistant Attorney General Donald A. Davis for the State.*

*Richard S. Towers, Assistant Public Defender, for the defendant.*

CARSON, Judge.

Counsel for the defendant candidly admits that he has examined the record and finds no prejudicial errors. The only assignment of error is in the signing and entering the judgment as appears of record. We have carefully examined the record

proper and, likewise, are unable to find prejudicial error. We hold that the defendant received a fair and impartial trial, free from prejudicial error.

No error.

Judges PARKER and VAUGHN concur.